AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL
16 JUN 17 AM 10:42
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Starsky D. Bomer<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 4:16-CR-257-02 |

## ARREST WARRANT

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Starsky D. Bomer,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Pay and Receive Health Care Kickbacks  18 USC 371
Counts 4-5: Anti-Kickback Statute  42 USC 1320a-7b(b), 18 USC 2

United States District Court
Southern District of Texas
**FILED**
JUN 29 2016

Date: 06/17/2016

_____
*(Issuing officer's signature)*

David J. Bradley, Clerk of Court

City and state: Houston, Texas

C Krus, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6-17-2016, and the person was arrested on *(date)* 6-20-2016
at *(city and state)* Houston, Texas.

Date: 6-20-2016

PBT AGENT
Joe De Los Santos
*Arresting officer's signature*

**Investigative Research Specialist
USMS Houston**
*Printed name and title*