MAGISTRATE JUDGE **FRANCES H. STACY**  CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
CASE MANAGER BEVERLY WHITE   TAPE ERO _J. Guevara_   11-14-17 bws
USPS / USPO _yes_   INTERPRETER _None_   BY DEPUTY

TIME _10:15_ | _10:22_ A.M.   _____ | _____ P.M.   DATE _11-14-17_
       begin    end              begin    end

CR. NO. _16-CR-257_   USDJ _Gilmore_

UNITED STATES OF AMERICA
vs.                                           _Jason Knutson_, AUSA

| Deft. No. | Deft. Name |
|---|---|
|  | _Starsky D. Bomer_ |

_Rick Kuniansky_

add'l defts on reverse side       new atty info on reverse       Appt - A, Retd - R, FPD - F

## ARRAIGNMENT

☑ ...Arraignment held.      ☐ Arraignment held on superseding indictment.      ☐ Arraignment not held.
☐ ...Deft_____ first appearance with counsel.      ☐ Deft_____ appeared without counsel.
☐ ...Deft_____ Waiver of Indictment executed (for criminal information).
☑ ...Deft_____ enters a plea of not guilty.      ☐ Deft_____ enters a plea of guilty.
☐ ...Deft_____ plea of guilty probable; pro forma plea of not guilty entered.
☐ ...Deft_____ rearraignment set _____ at _____ before Judge _____.
☐ ...Waiver of Speedy Trial executed.
☑ ...Scheduling Order    ☑ issued w/cc to parties.   ☐ to be mailed.   ☐ not issued.
☐ ...Deft_____ Order for PSI setting Disclosure and Sentencing dates signed.   ☐ PSI waived.
☐ ...Deft_____ sentencing set _____ at _____.
☐ ...Deft_____ failed to appear, bench warrant to issue.
☐ ...Deft_____ bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☑ ...Deft_____ bond continued.
☐ ...Deft_____ remanded to custody.
☐ ...Deft_____ Nebbia Hearing held (conflict of interest).

OTHER PROCEEDINGS: _____

Copy to:   Case Manager for USDJ
           USPO (if PSI ordered)                    see reverse