United States District Court
Southern District of Texas
**ENTERED**
November 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Criminal Action H-16-257 |
| | § | |
| VS. | § | Judge Vanessa D Gilmore |
| | § | |
| STARSKY D. BOMER | § | |

## Scheduling Order

1.    Motions will be filed by                          JANUARY 5, 2018

2.    Responses will be filed by                      JANUARY 12, 2018

3.    Proposed voir dire and charge to be filed by      JANUARY 19, 2018

4.    Pretrial Conference is set for                    February 5, 2018 @ 9:30 AM
      (515 Rusk,  Houston, TX)
      **DEFENDANTS MUST BE PRESENT**

5.    JURY SELECTION and TRIAL is set for            February 12, 2018 1:30 PM

6.    Speedy trial limits waived? (yes/no)

7.    Estimated trial time                            _4 days_

Direct questions about this schedule to Byron Thomas  , Case Manager, United States
District Clerk's Office, P.O. Box 61010, Houston, Texas 77208, 713-250-5512

Signed st Houston, Texas on ___11/14/ 17___.

_____
United States Magistrate Judge

_____
Assistant United States Attorney

_____
Attorney for Defendant

_____
Defendant