Case 4:16-cr-00257 Document 63 Filed in TXSD on 11/15/17 Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
November 16, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 16-CR-0257 |
| STARSKY D. BOMER | § § § § | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

On November 15, 2017, Defendant Starsky D. Bomer filed his unopposed motion for substitution of counsel. The Court finds that the motion should be and hereby is **GRANTED**, and **ORDERS** that Bill McMurrey and Blair Brogan be substituted for Richard Kuniansky as counsel of record for Starsky D. Bomer in this case.

**IT IS SO ORDERED.**

SIGNED on this 16th day of Nov, 2017.

_____
JUDGE PRESIDING