# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20171115-65

Starsky D Bomer
12211 Granite Court
Humble, TX US 77346

United States Courts
Southern District of Texas
FILED

NOV 20 2017

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, November 15, 2017
Case Number: 4:16-cr-00257
Document Number: 62 (1 page)
Notice Number: 20171115-65
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



RETURN TO SENDER

NOV 20 2017

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
$ 000.46
0001374615 NOV. 15. 2017