UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | Criminal No. 16-CR-257 |
| v. | § | |
| | § | **VANESSA D. GILMORE** |
| STARSKY BOMER, | § | Judge |
| | § | |
| Defendant. | § | Byron Thomas - Case Manager |
| | § | |
| | § | **JURY TRIAL** |
| | § | Proceeding |

## AMENDED EXHIBIT LIST OF THE UNITED STATES OF AMERICA

| No. | Description | Offr. | Obj. | Date Admit | Date N/Adm. |
|---|---|---|---|---|---|
| 1. | Medicare Outpatient Claims Data for Atrium Medical Center ("Atrium") (on CD) | | | | |
| 1A. | Summary of Medicare Outpatient Claims Data for Atrium – PHP Claims Only (on CD)* | | | | |
| 2. | Medicare Outpatient Summary Claims Data for Pristine (on CD) | | | | |
| 3. | Atrium 855A Medicare Application Dated June 14, 2010 | | | | |
| 4. | Atrium 855A Medicare Application Dated May 2, 2011 | | | | |
| 5. | Atrium 855A Medicare Application Dated August 23, 2010 | | | | |
| 6. | *Intentionally Left Blank** | | | | |
| 7. | Atrium 855A Medicare Application Dated August 23, 2012 | | | | |
| 8. | Blank 855A Medicare Application* | | | | |
| 9. | Provider Tie-In Notice for Atrium Dated August 15, 2012 | | | | |
| 10. | Pristine 855A Medicare Application Dated June 22, 2012 | | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| 11. | Pristine 855A Medicare Application Dated August 27, 2012 | | | | |
| 12. | Pristine 855A Medicare Application Dated October 10, 2012 | | | | |
| 13. | CMS Authorized Official Certification Statement Signed April 20, 2013 | | | | |
| 14. | Application Record Data Report Dated April 11, 2013 | | | | |
| 15. | *Summary of* Atrium and Pristine PHP Medicare Enrollment* | | | | |
| 16. | *Intentionally Left Blank** | | | | |
| 17. | Provider Tie-In Notice for Pristine Dated October 23, 2015 | | | | |
| 18. | TrailBlazer Local Coverage Determination for Partial Hospitalization Programs (PHPs) – 2008 through 2012 | | | | |
| 19. | Novitas Local Coverage Determination for PHPs – 2012 through 2015 | | | | |
| 20. | TrailBlazer Provider-Based Attestation of Tri-Med Partial Hospitalization Program ("Tri-Med") Binder Provided by Sohail Siddiqui M.D. | | | | |
| 21. | TrailBlazer Provider-Based Attestation of Liberty Island Hospitalization Program Binder Provided by Sohail Siddiqui M.D. | | | | |
| 21 A. | Liberty PHP Lease Agreement* | | | | |
| 21 B. | Employee Lease and Services Agreement* | | | | |
| 21 C. | Transportation Services Agreement* | | | | |
| 22. | *Intentionally Left Blank** | | | | |
| 23. | *Intentionally Left Blank** | | | | |
| 24. | *Intentionally Left Blank** | | | | |
| 25. | *Intentionally Left Blank** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 26. | *Intentionally Left Blank* | | | | |
| 27. | *Intentionally Left Blank* | | | | |
| 28. | *Intentionally Left Blank* | | | | |
| 29. | *Intentionally Left Blank* | | | | |
| 30. | Signature Card for Chase Bank Account Ending 0038 | | | | |
| 31. | Signature Card for Spirit of Texas Bank Account Ending 5109 | | | | |
| 32. | Signature Card for Spirit of Texas Bank Account Ending 5125 | | | | |
| 33. | Signature Card for Spirit of Texas Bank Account Ending 5370 | | | | |
| 34. | Signature Card for Spirit of Texas Bank Account Ending 6216 | | | | |
| 35. | Signature Card for Spirit of Texas Bank Account Ending 6321 | | | | |
| 36. | Signature Card for Wallis State Bank Account Ending 2142 | | | | |
| 37. | Signature Card for Wallis State Bank Account Ending 2150 | | | | |
| 38. | Signature Card for Wallis State Bank Account Ending 2169 | | | | |
| 39. | Signature Card for Wells Fargo Bank Account Ending 0705 | | | | |
| 40. | Signature Card for Wells Fargo Bank Account Ending 1682 | | | | |
| 41. | Signature Card for Wells Fargo Bank Account Ending 1690 | | | | |
| 42. | Signature Cards for Wells Fargo Bank Account Ending 1708 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 43. | Signature Card for Wells Fargo Bank Account Ending 7557 | | | | |
| 44. | Signature Card for Wells Fargo Bank Account Ending 9441 | | | | |
| 45. | Signature Card for Woodforest National Bank Account Ending 0705 | | | | |
| 46. | *Intentionally Left Blank\** | | | | |
| 47. | Checks to Derrick Belton | | | | |
| 48. | Checks to Geraldine Caroline | | | | |
| 48A. | Checks to Geraldine Caroline on November 2, 2012 and November 8, 2012 | | | | |
| 49. | Checks to James Hunter | | | | |
| 50. | Checks to Liberty Island Entities | | | | |
| 51. | Checks to Various Marketers/Transporters | | | | |
| 52. | Atrium Employee Handbook | | | | |
| 53. | Atrium Code of Conduct | | | | |
| 54. | TriMed PHP Policy and Procedure Manual | | | | |
| 55. | Binder from Pristine Labeled "Charts, 1099s, W-2s, and Provider Contracts" | | | | |
| 56. | Photos of Liberty Island PHP* | | | | |
| 57. | Note Dated August 8, 2011 | | | | |
| 58. | July Chart Audit and Documents Needed | | | | |
| 59. | Attendance Sign In Log Dated August 1, 2011 | | | | |
| 60. | Medical Record Log Dated July 15 – 31, 2011 | | | | |
| 61. | Note By Starsky Bomer from Confidential Human Source ("CHS") Video | | | | |
| 62. | Checks to R & R Healthcare Services | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 63. | Email from Sohail Siddiqui to Tina Clark Sent on May 3, 2011 | | | | |
| 64. | Email from Sohail Siddiqui to Starsky Bomer Sent on May 9, 2011 | | | | |
| 65. | Email from Danny Cox to Sohail Siddiqui Sent on May 12, 2011 | | | | |
| 66. | Email from nhusain@yhlawfirm to Starsky Bomer Sent on May 23, 2011 | | | | |
| 67. | Email from Tina Clark to Starsky Bomer Sent on May 25, 2011 | | | | |
| 68. | Email from Brittany Baker to Starsky Bomer Sent on June 9, 2011 | | | | |
| 69. | Email from Danetta Simonton to Starsky Bomer Sent on June 13, 2011 | | | | |
| 69A. | Email Attachment from Danetta Simonton to Starsky Bomer Sent on June 13, 2011 | | | | |
| 70. | Email from Allen Phillips to Starsky Bomer Sent on June 13, 2011 | | | | |
| 71. | Email from Sohail Siddiqui to Starsky Bomer and Atif Sent on June 17, 2011 | | | | |
| 71A. | Email Attachment from Sohail Siddiqui to Starsky Bomer and Atif Sent on June 17, 2011 | | | | |
| 72. | Email from Tina Clark to Starsky Bomer Sent on June 17, 2011 | | | | |
| 73. | Email from Starsky Siddiqui to Atif Fattah and Starsky Bomer Sent on June 21, 2011 | | | | |
| 74. | Email from Danetta Simonton to Danetta Simonton, copying Tammy Carroll and Starsky Bomer Sent on June 22, 2011 | | | | |
| 74A. | Email Attachment from Danetta Simonton to Danetta Simonton, copying Tammy Carroll and Starsky Bomer Sent on June 22, 2011 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 75. | Email from Stephanie Stephens to Danetta Simonton and Sohail Siddiqui Sent on June 28, 2011 | | | | |
| 76. | Email from Sohail Siddiqui to Starsky Bomer and Atif Fattah Sent on June 25, 2011 | | | | |
| 77. | *Intentionally Left Blank\** | | | | |
| 78. | Email from Danetta Simonton to Sohail Siddiqui Sent on June 27, 2011 | | | | |
| 79. | *Intentionally Left Blank\** | | | | |
| 80. | Email from Francis Jacobs to Sohail Siddiqui and Starsky Bomer Sent on June 29, 2011 | | | | |
| 81. | *Intentionally Left Blank \** | | | | |
| 82. | Email from Atif Fattah to Starsky Bomer and Sohail Bhai Sent on July 13, 2011 | | | | |
| 83. | Email from Sohail Siddiqui to Keisha Weathersby Sent on July 20, 2011 (1 of 2) | | | | |
| 84. | Email from Sohail Siddiqui to Keisha Weathersby Sent on July 20, 2011 (2 of 2) | | | | |
| 85. | Email from Keisha Weathersby to Sohail Siddiqui Sent on July 26, 2011 | | | | |
| 86. | Email from Keisha Weathersby to Starsky Bomer Sent on July 26, 2011 | | | | |
| 87. | Email from Sohail Siddiqui to Victoria Carrico, Atif Fattah, and Starsky Bomer Sent on July 26, 2011 | | | | |
| 88. | Email from Sohail Siddiqui to Keisha Weathersby and Victoria Carrico Sent on July 27, 2011 | | | | |
| 89. | Email from Sohail Siddiqui to Keisha Weathersby and Francis Jacobs Sent on July 27, 2011 | | | | |
| 90. | Email from Keisha Weathersby to Starsky Bomer Sent on July 28, 2011 | | | | |
| 91. | Email from Sohail Siddiqui to Starsky Bomer and Francis Jacobs Sent on June 29, 2011 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 92. | Email from Sohail Siddiqui to Starsky Bomer Sent on August 1, 2011 | | | | |
| 93. | Email from Victoria Carrico to Sohail Siddiqui, Starsky Bomer, and Atif Sent on August 1, 2011 | | | | |
| 94. | Email from Keisha Weathersby to Sohail Siddiqui and Starsky Bomer Sent on August 4, 2011 | | | | |
| 95. | Email from Sohail Siddiqui to Keisha Weathersby and Scott Poston Sent on August 5, 2011 | | | | |
| 96. | Email from Victoria Carrico to Keisha Weathersby Sent on August 8, 2011 | | | | |
| 97. | Email from Tammy Carroll to Sohail Siddiqui, Starsky Bomer, Victoria Carrico, Keisha Weathersby, Bobby Fattah, and Patricia Manifee Sent on August 8, 2011 | | | | |
| 98. | Email from Sohail Siddiqui to Starsky Bomer and Scott Poston Sent on August 9, 2011 | | | | |
| 99. | Email from Victoria Carrico to Keisha Weathersby, Patricia Menifee, Sohail Siddiqui, Bobby Fattah, and Starsky Bomer Sent on August 10, 2011 | | | | |
| 100. | Email from Sohail Siddiqui to Starsky Bomer Sent on August 11, 2011 | | | | |
| 101. | Email from Keisha Weathersby to Sohail Siddiqui Sent on August 12, 2011 | | | | |
| 102. | Email from Keisha Weathersby to Starsky Bomer Sent on August 16, 2011 | | | | |
| 103. | *Intentionally Left Blank* | | | | |
| 104. | Email from Sohail Siddiqui to Marlena Hadley, Starsky Bomer, Victoria Carrico, Patricia Menifee, and Linda Williams Sent on August 17, 2011 | | | | |
| 105. | Email from Keisha Weathersby to Starsky Bomer Sent on August 19, 2011 | | | | |
| 106. | Email from Tina Clark to Starsky Bomer Sent on August 19, 2011 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 107. | Email from Sohail Siddiqui to Keisha Weathersby, Starsky Bomer, and Bobby Fattah Sent on August 20, 2011 | | | | |
| 108. | Email from Stephen Sullivan to Sohail Siddiqui Sent on September 12, 2011 | | | | |
| 109. | Email from Sohail Siddiqui to Stephen Sullivan Sent on September 15, 2011 | | | | |
| 110. | Email from Victoria Carrico to Stephanie Stephens Sent on August 25, 2011 | | | | |
| 111. | Email from Victoria Carrico to Starsky Bomer, Sohail Siddiqui, Bobby Fattah, Stephanie, Patricia Menifee, and Tammy Carroll Sent on August 29, 2011 | | | | |
| 112. | Email from Sohail Siddiqui to Victoria Carrico Sent on August 29, 2011 | | | | |
| 113. | *Intentionally Left Blank* | | | | |
| 114. | Email from Victoria Carrico to Starsky Bomer, Sohail Siddiqui, Stephanie, Bobby Fattah, Tammy Carroll, DR SIDDIQUI OFFICE, and Patricia Menifee on September 2, 2011 | | | | |
| 115. | Email from Scott Poston to Sohail Siddiqui, Elba Sonnier, Margaret Newman, Starsky Bomer, Helena Williams, Patricia Menifee, Hemant Patel, Tammy Carroll, and Stephanie Stephens Sent on September 12, 2011 | | | | |
| 116. | Email from Sohail Siddiqui to Starsky Bomer Sent on September 19, 2011 | | | | |
| 117. | Email from Renee Austin to Starsky Bomer and Sohail Siddiqui Sent on November 18, 2011 | | | | |
| 118. | Email from Elba Sonnier to Sohail Siddiqui, Starsky Bomer, and Scott Poston Sent on November 23, 2011 | | | | |
| 119. | *Intentionally Left Blank* | | | | |
| 120. | Email from Scott Poston to Starsky Bomer and Sohail Siddiqui Sent on December 19, 2011 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 121. | Email from Sohail Siddiqui to Julie Cunningham, Starsky Bomer, Scott Poston, Amy Flores, and Danijela Dukic Sent on December 22, 2011 | | | | |
| 122. | Email from Sohail Siddiqui to Obuko Uwanogho, Renee Austin, Scott Poston, Abbey Gleichenhaus, and Bomer Sent on January 27, 2012 | | | | |
| 123. | Email from Helena Williams to Starsky Bomer, Aseel, Abbey Gleichenhaus, Hemant, Scott, Sohail Siddiqui, Stephanie, Tammy and Brandy Perry sent on February 2, 2012 | | | | |
| 124. | *Intentionally Left Blank** | | | | |
| 125. | Email from Brandy Perry to Starsky Bomer Sent on April 11, 2012 | | | | |
| 126. | Email from Renee Austin to Scott Poston Sent on April 13, 2012 | | | | |
| 127. | Email from Sohail Siddiqui to Helena Williams, Scott Poston, Starsky Bomer, Munaiza Siddiqui, Renee Austin, William Conner, Sabrina Eads, and Suzanne Balka Sent on June 26, 2012 | | | | |
| 128. | Email from Maritza Martinez to Starsky Bomer Sent on July 30, 2012 | | | | |
| 129. | Email from Keisha Weathersby to Victoria Carrico Sent on July 27, 2011 | | | | |
| 130. | *Intentionally Left Blank** | | | | |
| 131. | Email from Sohail Siddiqui to Starsky Bomer, Victoria Carrico, Keisha Weathersby, Bobby Fattah, and Patricia Menifee Sent on August 8, 2011 | | | | |
| 132. | Tri Med Brochure from CHS Video* | | | | |
| 133. | Video of Starsky Bomer on April 30, 2012 | | | | |
| 134. | Video of CHS with Starsky Bomer from June 7, 2012 | | | | |
| 135. | Emails and Census Sheets for Liberty Island (on CD) | | | | |
| 136. | Emails and Census Sheets for TriMed (on CD) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 137. | Census Sheets Signed by Renee Austin* | | | | |
| 138. | Census Sheets Signed by Tanya Benoit | | | | |
| 139. | Census Sheets Signed by Julie Cunningham | | | | |
| 140. | Census Sheets Signed by Ashley Deniz | | | | |
| 141. | Census Sheets Signed by Gladys Gilbert | | | | |
| 142. | Census Sheets Signed by Jennifer Walden | | | | |
| 143. | Census Sheets Signed by Gina Young | | | | |
| 144. | Sohail Siddiqui Plea Agreement | | | | |
| 145. | Derrick Belton Plea Agreement | | | | |
| 146. | Geraldine Caroline Plea Agreements | | | | |
| 147. | Geraldine Caroline Text Messages | | | | |
| 147A. | Geraldine Caroline Text Messages with 803-450-3991* | | | | |
| 148. | Geraldine Caroline Invoices | | | | |
| 149. | *Intentionally Left Blank** | | | | |
| 150. | Photos of Witnesses | | | | |
| 151. | Photos of Patients | | | | |
| 152. | Transportation Services Agreements* | | | | |
| 153. | Census Sheets for Geraldine Caroline* | | | | |
| 154. | Chain of Custody Receipt* | | | | |
| 155. | *Summary Exhibit* of Atrium PHP Claims | | | | |
| 156. | *Summary Exhibit* of Pristine PHP Claims | | | | |
| 157. | *Summary Exhibit* of PHP Medicare Claims from Atrium and Pristine from April 2011 through March 2013 | | | | |
| 158. | *Summary Exhibit* of Atrium and Pristine PHP Claims | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 159. | *Summary Exhibit* of Atrium and Pristine Top 30 Lengths of Stay | | | | |
| 160. | *Summary Exhibit* of Services Billed | | | | |
| 161. | *Summary Exhibit* of Atrium and Pristine Medicare Claims for Patients Associated with Geraldine Caroline | | | | |
| 162. | *Summary Exhibit* of Atrium and Pristine Medicare Claims for Patients Associated with Liberty Island | | | | |
| 163. | *Summary Exhibit* of Saturday PHP Services | | | | |
| 164. | *Summary Exhibit* of Funds Flow Chart for Spirit of Texas Bank | | | | |
| 165. | *Summary Exhibit* of Funds Flow Chart for Wallis State Bank | | | | |
| 166. | *Summary Exhibit* of Funds Flow Chart for Wells Fargo Bank | | | | |
| 167. | *Summary Exhibit* of Counts 2 and 3 | | | | |
| 168. | *Summary Exhibit* of Payments to Starsky Bomer | | | | |
| 169. | *Summary Exhibit* of Payments to Sohail Siddiqui | | | | |
| 170. | *Summary Exhibit* of Payments by Check to Select Marketers and Group Home Owners from Heidi Lynch DBA Madgav Transport LLC ("Madgav") | | | | |
| 171. | *Summary Exhibit* of Payments by Check to Select Marketers and Group Home Owners from Famous Supply & Services ("Famous Supply") | | | | |
| 172. | *Summary Exhibit* of Payments by Check to Select Marketers and Group Home Owners from Atrium, Pristine, Madgav, and Famous Supply | | | | |
| 172A. | *Summary Exhibit* of Payments by Check to Select Marketers and Group Home Owners from Atrium, Pristine, Madgav, and Famous Supply (without Liberty Island Entities) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 173. | *Summary Exhibit* of Payments by Check for "Transportation" from Atrium Account *6321 | | | | |
| 174. | *Summary Exhibit* of Payments by Check to Derrick Belton | | | | |
| 175. | *Summary Exhibit* of Payments by Check to Kim Brown | | | | |
| 176. | *Summary Exhibit* of Payments by Check to Geraldine Caroline | | | | |
| 177. | *Summary Exhibit* of Payments by Check to James Hunter | | | | |
| 178. | *Summary Exhibit* of Payments by Check to Liberty Island Entities | | | | |
| 179. | *Summary Exhibit* of Payments by Check to Sheila Jenkins | | | | |
| 180. | *Summary Exhibit* of Atrium and Pristine Entities | | | | |
| 181. | *Summary Exhibit* of Timeline of Atrium and Pristine PHPs | | | | |
| 182. | *Summary Exhibit* of Transportation Companies and Owners | | | | |

\* Reflects additions or changes to the September 18, 2018 USA Exhibit List, Dkt. 100.

<u>CERTIFICATE OF SERVICE</u>

I certify that on September 26, 2018, I filed this document electronically on CM/ECF.

<u>/s/*Jason Knutson*</u>
Jason Knutson