**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs** | § | **Criminal No. 4:16-CR-257-02** |
| | § | |
| | § | |
| **STARSKY BOMER** | § | |
| | § | |
| **Defendant.** | § | |

**JURY NOTE NO. _____1_____**

We have reached a verdict.

Date: **October** _5_ , **2018**

FOREPERSON