IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:16-CR-257 |
| STARSKY D. BOMER, | § § § § | |
| Defendant. | § | |

## VERDICT OF THE JURY FORM

**On Count One:**

We, the Jury, unanimously find the Defendant, Starsky Bomer:

_____ Not Guilty          \_\_**X**\_\_ Guilty

22

**On Count Two:**

We, the Jury, find the Defendant, Starsky Bomer:

   _____ Not Guilty     __X__ Guilty

**On Count Three:**

We, the Jury, find the Defendant, Starsky Bomer:

      _____ Not Guilty        \_\_**X**\_\_ Guilty

**On Count Four:**

We, the Jury, find the Defendant, Starsky Bomer:

    _____ Not Guilty          \_\_**X**\_\_ Guilty

## CERTIFICATE

We the jury, have made the above findings as indicated, and herewith return same into Court as our verdict.

**SIGNED** this the ___5___ day of October, 2018, at Houston, Texas.



**JURY FOREPERSON**