United States District Court
Southern District of Texas
**ENTERED**
October 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CIVIL ACTION NO. H-16-257-02 |
| § | |
| STARSKY BOMER § | |

## ORDER

The parties shall withdraw from the Clerk it's evidence presented at the Jury Trial and shall maintain it for purposes of any appeal.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this ___5th___ day of October, 2018 at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE