United States District Court
Southern District of Texas
**ENTERED**
October 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL ACTION NO. 4:16-CR-257-2 |
| STARSKY D BOMER | § § § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts _1-4_, a presentence report is ordered.

1. By **December 3, 2018** the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **December 21, 2018** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **January 22, 2019** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **January 28, 2019** at **9:30** a.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

    United States Probation Department
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266

    If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed October 5, 2018.

UNITED STATES DISTRICT JUDGE

Copies:   United States Probation
AUSA Jason Knutson/Aleza Remis
Defense Counsel Richard Kuniansky
Defendant is ☑ on bond ☐ in custody.