United States District Court
Southern District of Texas
**ENTERED**
December 03, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § Plaintiff, § § versus § § Starsky D. Boomer § § § | CRIMINAL NO. 4:16CR00257-002 |

## ORDER RESETTING SENTENCING

The sentencing of the defendant is reset:

1. The presentence investigation report will be available to the defendant on __February 21, 2019__.

2. Counsel will file objections or a statement within fourteen days after disclosure due on __March 7, 2019__.

3. The final copy of the PSR will be filed with the Court 7 days prior to sentencing due on __April 1, 2019__.

4. The sentencing will be held on __April 8, 2019__ at __9:30__ a.m.

Signed on this the 30th day of Nov., 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**United States District Judge**

[Copy: U.S. Probation Officer Shannon M. Yaege]