UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                        Case Number: 4:16–cr–00257

Starsky D Bomer

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Starsky D Bomer as set forth below.**

**Before the Honorable Vanessa D Gilmore**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/29/2019

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date: June 14, 2019                                        David J. Bradley, Clerk